UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHIRLEY FENICLE, et al.,

   Plaintiffs,

  v.

BOISE CASCADE COMPANY, et al.,

   Defendants.

Case No. 15-cv-02398-JSC

**ORDER REASSIGNING CASE**

Plaintiffs filed this asbestos product liability action against several defendants. Defendant Boise Cascade Company subsequently removed the action to this federal court on the basis of bankruptcy-related claims and federal question. Now pending before the Court is Plaintiffs' motion to remand to state court. While all parties who have appeared have consented to the jurisdiction of the undersigned magistrate judge, Plaintiffs contend that Georgia-Pacific LLC and Crown Cork & Seal Company, Inc. are still defendants (Dkt. No. 19-1 at 8); yet, neither has appeared nor consented to magistrate judge jurisdiction. As a result, a magistrate judge may not decide the motion to remand. Accordingly, this action is ordered reassigned to a district court judge. Plaintiffs shall contact the deputy clerk of the newly-assigned judge regarding a new hearing date.

**IT IS SO ORDERED.**

Dated: July 30, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge