1
2
3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

4
5
6
7
8
9

SHIRLEY FENICLE, et al.,

               Plaintiffs,

     v.

BOISE CASCADE COMPANY, et al.,

               Defendants.

Case No.  15-cv-02398-SC

**ORDER**

10

      GOOD CAUSE APPEARING THEREFOR,

11

      IT IS ORDERED that this case is reassigned to the Honorable **Thelton E. Henderson** in

12

the **San Francisco** division for all further proceedings.  Counsel are instructed that all future

13

filings shall bear the initials **TEH** immediately after the case number.

14

      All dates presently scheduled are vacated and motions should be renoticed for hearing

15

before the judge to whom the case has been reassigned. Briefing schedules, ADR compliance

16

deadlines, and other case deadlines remain unchanged. Matters for which a magistrate judge has

17

already issued a report and recommendation shall not be rebriefed or noticed for hearing before

18

the newly assigned judge; such matters shall proceed in accordance with Fed R. Civ. P. 72(b).

19

Dated: 8/3/2015

20

                    FOR THE EXECUTIVE COMMITTEE

21
22
23

                    Richard W. Wieking
                    Clerk, United States District Court

24

A true and correct copy of this order has been served by mail upon any pro se parties.

25
26

Copy mailed to party(s).

27
28